MARIE VADERVEL, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Order granting plaintiff's motion for examination of the defendant before trial reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.; O'Malley and Untermyer, JJ., dissent and vote for affirmance.

In the Matter of the Application of FRANK J. McGOWAN and Others, Petitioners-Appellants, for an Order of Mandamus against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others, Respondents, and JAMES E. FINEGAN and Others, Respondents-Appellants.— Order denying petitioners' motion for an order of mandamus and dismissing the petition unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

MINNIE K. EVROTAS, Respondent, v. ADAMANTIOS L. B. EVROTAS, Appellant. — Order denying defendant's motion to open his default and restore the cause to the calendar for trial reversed and the motion granted upon payment by defendant of taxable costs to date, including twenty dollars costs and disbursements of this appeal. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ; McAvoy and O'Malley, JJ., dissent and vote for affirmance.

In the Matter of the Application of HERMAN COHEN and Another, Respondents, for an Order Directing That the Arbitration Provided for in Certain Five Contracts Designated by Nos. 53, 56, 60, 71 and 80, Entered into between the Petitioners and JAPAN COTTON & SILK TRADING Co., INC., Appellant, Proceed Pursuant to the Provisions Thereof, and of the Arbitration Law.— Order granting petitioners' motion directing the Japan Cotton & Silk Trading Co., Inc., to join the petitioners in arbitrating the differences between the said parties, under certain five contracts, in accordance with the Arbitration Law and the Rules of the General Arbitration Council of the Textile Industry, and for a stay, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

JULIA T. WOODS, as Executrix, etc., of THOMAS WOODS, Deceased, Respondent, v. THE SYRACUSE TRUST COMPANY, Appellant.— Order denying defendant's motion for a change of venue from New York county to Onondaga county unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD JENKINS, Appellant, v. ALICE VAN NOSTRAND, Respondent.— Order dismissing a writ of habeas corpus unanimously affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

HERMAN BRICKMAN, Respondent, v. AKTIEN TRADING CORPORATION and Another, Appellants.— Order denying defendants' motion for a further bill of particulars unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.